Keith B. **HAYSLETT**, Appellant,

v.

**STATE of Missouri, Respondent.**

No. WD 46190.

Missouri Court of Appeals,
Western District.

Dec. 29, 1992.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

### ORDER

PER CURIAM.

Appeal from dismissal for untimely filing of Rule 24.035 motion for postconviction relief.

Judgment affirmed. Rule 84.16(b).